# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEBORAH SHIRLEY

NO. 2023 KW 1242

JANUARY 29, 2024

---

In Re:   Deborah Shirley, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 22-WFLN-236.

---

BEFORE:   HESTER, MILLER, AND GREENE, JJ.

**WRIT GRANTED.** The conduct alleged against relator does not provide a legal basis for the offense charged. See **State v. DeJesus**, 94-0261 (La. 9/16/94), 642 So.2d 854, 855 (*per curiam*). The negligent homicide statute proscribes conduct that goes beyond carelessness, mistake, error in judgment or omission of duty. It is more than the mere failure to do something which a reasonable and prudent man would do. See **State v. Bowie**, 95-795 (La. App. 3d Cir. 11/13/96), 684 So.2d 68, writ granted, 96-2987 (La. 1/31/97), 687 So.2d 369. Accordingly, the district court erred by not ordering the bill of information quashed. The ruling denying the motion to quash is reversed, the motion to quash is granted, and this matter is remanded to the district court for further proceedings.

CHH
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT